Mary E. Bacon, Esq.
(NV Bar No. 12686)
Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
         jchong@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **SLADE JACOB KEIGAN NEHLS WEBER,** individually,<br><br>**Plaintiff,**<br><br>v.<br><br>**USAA CASUALTY INSURANCE COMPANY;** a foreign corporation, DOES 1 through X, and ROE CORPORATIONS I through X; inclusive,<br><br>**Defendants.**<br><br>Defendant. | Case No.: 2:22-cv-00791<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTION AND REQUEST FOR PUNITIVE DAMAGES AND ATTORNEY'S FEES WITH PREJUDICE** |

Defendant USAA Casualty Insurance Company ("USAA CIC") and Plaintiff Slade Jacob Keigan Nehls Weber ("Weber" and collectively with USAA CIC referred to as the "Parties") stipulate and agree to as follows:

Plaintiff's Complaint alleges three causes of action: (1) breach of contract, (2) a violation of the Unfair Claims Practices Act, and (3) a tortious breach of the covenant of good faith and fair dealing. *See* Doc. No. 1. Counsel for the parties conferred and agreed that Plaintiff would dismiss his second and third causes of action, and request for punitive damages and attorney's fees, with prejudice.

As such, the Parties agree Plaintiff's only remaining cause of action is his first cause of action, for breach of contract.

The Parties further agree that USAA CIC shall answer Plaintiff's remaining cause of action by May 31, 2022.

Dated this 18th day of May, 2022.

| **LADAH LAW FIRM** | **SPENCER FANE LLP** |
|---|---|
| By: */s/* John B. Greene<br>John B. Greene, Esq.<br>Nevada Bar No. 004279<br>VANNAH & VANNAH<br>*Attorney for Plaintiff* | By: */s/* Mary Bacon<br>Mary E. Bacon, Esq.<br>NV Bar No. 12686<br>*Attorneys for USAA Casualty Insurance Company* |

### ORDER

**IT IS SO ORDERED.**

Dated this  25  day of May, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

1