# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SLADE JACOB KEIGAN NEHLS WEBER,<br>    Plaintiff,<br>v.<br>USAA CASUALTY INSURANCE COMPANY,<br>    Defendant. | Case No.: 2:22-cv-00791-GMN-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than July 22, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: July 18, 2022

Nancy J. Koppe
United States Magistrate Judge