# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SLADE JACOB KEIGAN NEHLS WEBER,

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY, et al.,

    Defendants.

Case No.: 2:22-cv-00791-GMN-NJK

**Order**

[Docket No. 15]

    Pending before the Court is the parties' proposed discovery plan. Docket No. 15. The parties ask the Court to grant a 180-day discovery period; however, they improperly measure the time period from the 26(f) conference. *Id.* at 2. As a result, the parties request a 231-day discovery period, but do not request special scheduling in compliance with the Court's local rules. *See* Local Rule 26-1(a). Accordingly, the discovery plan is **DENIED** without prejudice. Docket No. 10. An amended discovery plan must be filed by July 28, 2022.

    IT IS SO ORDERED.

    Dated: July 25, 2022

                                          Nancy J. Koppe
                                          United States Magistrate Judge