ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
JENNIFER A. TAYLOR
Nevada Bar No. 6141
Jennifer.A.Taylor@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
*Attorneys for Defendant USAA CASUALTY*
*INSURANCE* COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SLADE JACOB KEIGAN NEHLS WEBER, individually. | CASE NO.: 2:22-cv-00791-GMN-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR PRIVATE BINDING ARBITRATION AND TO STAY COURT PROCEEDINGS** |
| vs. | |
| USAA CASUALTY INSURANCE COMPANY; a foreign corporation, DOES 1 through X, and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff SLADE JACOB KEIGAN NEHLS WEBER ("Plaintiff") and Defendant USAA CASUALTY INSURANCE COMPANY ("Defendant" or "USAA") (collectively, the "Parties"), through their respective counsel, as follows:

1.    Plaintiff's Complaint, filed on April 13, 2022, in the Eighth Judicial District Court, Clark County, State of Nevada, subsequently removed to United States District Court, District of Nevada, entitled *Slade Jacob Keigan Nehls Weber v. USAA Casualty Insurance Company*, Case No. 2:22-cv-00791-GMN-NJK, shall be resolved through binding arbitration in accordance with the terms of an Arbitration Agreement entered into by the Parties;

2.    The Arbitration shall be conducted at a time, date, and location that is agreeable to

125567954.1

the Parties and the Arbitrator;

    3.      Pending the completion of the arbitration hearing, this matter shall be stayed;

    4.      The Parties expressly waive any right to trial by a judge or jury;

    5.      The Parties expressly waive any right to appeal from the Arbitrator's award or any order made by the Arbitrator;

    6.      The award of the Arbitrator shall constitute a final determination Plaintiff's Complaint and shall act as judgment in this action even though it will not be filed as a judgment with the United States District Court, District of Nevada;

    7.      Pursuant to the terms of the Arbitration Agreement, the Parties will, upon the rendering of the decision by the Arbitrator, stipulate to dismissal of this action, with prejudice, reserving the right to this Court the authority to enforce the Agreement; and

    8.      Pursuant to the terms of the Arbitration Agreement, the Arbitrator cannot award costs, interest, or attorneys' fees, and the Parties will bear their own attorneys' fees and costs.

    9.      The Arbitrator's fees shall be borne equally by the Parties as a non-recoverable item of costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

10.     The parties shall keep the court appraised of any procedural developments regarding timing of arbitration.

Dated this 20 day of June, 2023.

VANNAH & VANNAH

ROBERT D. VANNAH, ESQ.
Nevada Bar No. 004279
JOHN B. GREENE, ESQ.
Nevada Bar No. 002503
400 S. Seventh St., 4th Floor
Las Vegas, NV 89101
*Attorneys for Plaintiff*
*Slade Jacob Keigan Nehls Weber*

Dated this 20th day of June, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Jennifer A. Taylor

ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
JENNIFER A. TAYLOR, ESQ.
Nevada Bar No. 006141
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant USAA*
*CASUALTY INSURANCE COMPANY*

## ORDER

IT IS SO ORDERED.

Dated this   22   day of ____June____, 2023.


_____
U.S. MAGISTRATE JUDGE

IT IS FURTHER ORDERED that parties shall file a Joint Status Report on December 22, 2023, June 22, 2024 and every 120 days thereafter until the stay is lifted.

_____
U.S. DISTRICT JUDGE

LEWIS
BRISBOIS

125567954.1                                    3