ROBERT W. FREEMAN
Nevada Bar No. 3062
JENNIFER A. TAYLOR
Nevada Bar No. 6141
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
E-Mail: Robert.Freeman@lewisbrisbois.com
E-Mail: Jennifer.A.Taylor@lewisbrisbois.com
*Attorneys for USAA CASUALTY INSURANCE COMPANY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SLADE JACOB KEIGAN NEHLS WEBER, individually,<br><br>Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign corporation, DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00791-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff SLADE JACOB KEIGAN NEHLS WEBER ("Plaintiff") and Defendant USAA CASUALTY INSURANCE COMPANY ("Defendant"), by and through their respective counsel of record, that all of the claims and causes of action contained in the above-entitled action (Case 2:22-cv-00791-GMN-NJK ) shall be dismissed in their entirety, with prejudice, each party to bear their own attorney's fees and costs

/ /

/ / /

/ / /

/ / /

/ / /

/ / /

133659831.1

shall be dismissed with prejudice, each side to bear their own fees and costs.

Dated this 27 day of December, 2024.

VANNAH & VANNAH

ROBERT D. VANNAH, ESQ.
Nevada Bar No. 004279
JOHN B. GREENE, ESQ.
Nevada Bar No. 002503
400 S. Seventh St., 4th Floor
Las Vegas, NV  89101
*Attorneys for Plaintiff*
*Slade Jacob Keigan Nehls Weber*

Dated this 2nd day of January, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Jennifer A. Taylor

ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
JENNIFER A. TAYLOR, ESQ.
Nevada Bar No. 006141
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant USAA*
*CASUALTY INSURANCE COMPANY*

## ORDER

IT IS SO ORDERED.

Dated this __2__ day of ___January___, 2024.

_____
United States District Judge

133659831.1

2